

# THE STATE OF TEXAS
## MANDATE

TO THE CRIMINAL DISTRICT COURT NO. 3 OF DALLAS COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 2nd day of September, A.D. 2015, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

| | |
|---|---|
| David Garcia Reyes, Appellant | No. 06-14-00228-CR |
| v. | Trial Court No. F13-61746-J |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that the correct name of the offense is sexual assault of child. As modified, the judgment of the trial court is affirmed.

We note that the appellant, David Garcia Reyes, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 29th day of October, A.D. 2015.

DEBRA K. AUTREY, Clerk

*Debbie Autrey*